## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

LESLYE KNOX, et al.

03-CV-4466(VM)

v.

THE PALESTINE LIBERATION ORGANIZATION, et al.

## ANSWER OF AMBASSADOR NASSER AL-KIDWA
## TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

INTERROGATORY 1:   For the period 1995 through the present, for each and every public speaking engagement, lecture, speech, panel discussion, news media interview and press conference (hereinafter collectively the "event") in which you participated, please state the following:

        a.    Date of event.

        b.    Location and/or venue of event (including location of Nasser Al-Kidwa during the course of the recording of news media interviews).

        c.    Forum (i.e. the identity of the person, group or organization that sponsored or hosted the event and/or conducted the interview).

ANSWER:

No records are kept of my participation in non-U.N. related events. This has always been the Mission's practice. My participation and appearance at non-U.N. related events is rare, and probably would not average five or six events a year. These are always related to Palestine and peace in the Middle East and similar subjects of direct importance to Palestine and its Mission at the U.N. For example, I spoke in May 2003 at a meeting of the Committee for Peace in Israel and Palestine in East Hampton, N.Y. and attended recently an annual Seeds of Peace lunch in

New York City.

I declare under penalty of perjury under the laws of the United States of America that the foregoing answer to interrogatory is true and correct.

Executed on February  / 5  , 2005

Nasser Al-Kidwa

Knox v. Palestinian Liberation Organization, et al
03-CV-4466(VM)

Certificate of Service

I certify that I caused the foregoing Answer of Ambassador Nasser Al-Kidwa to Plaintiffs'

First Set of Interrogatories to be faxed and mailed to the following attorneys on February *15*,

2005.

David J. Strachman
Mcintyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02003
Fax No. (401) 331-6095

Lee Squitieri
Squitieri & Fearon
32 East 57th Street, 12th Floor
New York, NY 1002
Fax No. (212) 421-6553

Lawrence W. Schilling